|     |     |
| --- | --- |
| CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CHRISTINA LIU (CABN 308362)<br>Assistant United States Attorney<br><br>   60 South Market Street, Suite 1200<br>   San Jose, California 95113<br>   Telephone: (408) 535-5051<br>   FAX: (408) 535-5061<br>   christina.liu@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Nov 07 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JORGE ANTONIO PASILLAS JARAMILLO,<br><br>   Defendant. | CASE NO. **CR 25-71332-MAG**<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about November 4, 2025, the above-named defendant was taken into federal custody pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

☐    Criminal Complaint

☒    Other (describe): Complaint with a View Towards Extradition

pending in the Eastern District of California, Case Number 2:25-mj-0002 CSK.

In that case (copy of extradition complaint) attached, the defendant is charged with the offense of Aggravated Homicide, in violation of Articles 123, 126, and 148, section II, of the Criminal Code of the

v. 8/29/2025

State of Baja California.

The maximum penalties are fifty years' and potentially life imprisonment.

                                                    Respectfully Submitted,

                                                    CRAIG H. MISSAKIAN
                                                    UNITED STATES ATTORNEY

Date: November 7, 2025                */s/ Christina Liu*
                                                    Christina Liu
                                                    Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 03, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>JORGE ANTONIO PASILLAS JARAMILLO, a.k.a. JORGE PASILLAS JARAMILLO, a.k.a. EL GEORGE A. PASILLAS, a.k.a. GEORGE ANTHONY PASILLAS, a.k.a. "GEORGE EL GUERO," a.k.a. "EL GUERO." | NO. 2:25-mj-0002 CSK<br><br>COMPLAINT WITH A VIEW TOWARDS EXTRADITION (18 U.S.C. § 3184) |

COMPLAINT

1

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to the United Mexican States ("Mexico").

2. There is an extradition treaty in force between the United States and the Government of Mexico. *See* Extradition Treaty Between the United States of America and the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, *as amended by* the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S. TREATY DOC. NO. 105-46 (1998) (collectively referenced hereafter as the "Treaty").

3. Pursuant to the Treaty, the Government of Mexico has submitted a formal request through diplomatic channels for the extradition of Jorge Antonio Pasillas Jaramillo, a.k.a. Jorge Pasillas Jaramillo, a.k.a. El George A. Pasillas, a.k.a. George Anthony Pasillas, a.k.a. "George El Guero," a.k.a. "El Guero" ("Pasillas Jaramillo").

4. According to the information the Government of Mexico has provided, Pasillas Jaramillo has been charged in the Mexican State of Baja California with the offense of Aggravated Homicide, in violation of Articles 123, 126, and 148, section II, of the Criminal Code of the State of Baja California.

5. Pasillas Jaramillo committed this offense within the jurisdiction of Mexico. On June 8, 2012, the Fourth Criminal Court Judge from Tijuana, Baja California, issued an arrest warrant for Pasillas Jaramillo. Mexico submitted its extradition request to the United States on November 21, 2014, and supplemented the request on August 2, 2016, and January 10, 2024.

6. Pasillas Jaramillo has been in custody in the United States since August 2013, and he is currently incarcerated at the Mule Creek State Prison following a conviction for assault with a semiautomatic firearm, with enhancements due to the infliction of grievous bodily injury while using the firearm. According to the United States Marshals Service, he is eligible for parole in 2025.

7. Mexico presents the following facts in support of its criminal charge and extradition request:

COMPLAINT                                    2

a) On May 7, 2012, at approximately 2:00 a.m. at 1325 Tule Street, Apartment 8, Colonia Praderas de La Mesa, Tijuana, Baja California, Pasillas Jaramillo allegedly stabbed his long-time friend Jorge Rangel Montes ("Rangel Montes") in the back, face, and hands. Rangel Montes immediately fled to nearby 1314 Tule Street, where he succumbed to his injuries. The local police were notified by radio and arrived at 1314 Tule Street where they found Rangel Montes dead, accompanied by his mother, Edelmira Montes Hernández ("Montes Hernández").

b) The victim's mother, Montes Hernández, told investigators that, on May 7, 2012, she was in town visiting and staying at her friend Rosa Amelia Orozco Sanchez's house at 1314 Tule Street when, at approximately 2:00 am, she heard her son shouting, "Mom, Rocio (referring to her friend, Rosa Amelia) . . . . Help me. I'm dying." Montes Hernández left the house and found Rangel Montes sitting on the sidewalk in front of the house. Rangel Montes asked his mother to embrace him and call an ambulance. Montes Hernández asked Rangel Montes who injured him, and he responded, "It was George El Guero, El George, El George. He cut me up." Montes Hernández then called an ambulance; however, by the time the paramedics arrived, he had already died.

c) Montes Hernández later told investigators that the man, "El Guero" or "George," to whom her son was referring was Pasillas Jaramillo, and that she had known Pasillas Jaramillo since he was a child due to his long friendship with her son. Montes Hernández provided a physical description of Pasillas Jaramillo, and she also positively identified Pasillas Jaramillo in two separate photo array identification procedures.

d) The victim's roommate, Walter Ulises Rosales Heredia ("Rosales Heredia"), also gave investigators his account of what happened the night of Rangel Montes' alleged murder. Rosales Heredia reported that the evening before Rangel Montes's death, on May 6, 2012, at approximately 5:00 p.m., he was home at the apartment when Rangel Montes and Pasillas Jaramillo (known to him as "George" or "El Guero") arrived and began to use drugs. Rosales Heredia, knowing that Rangel Montes would become violent when using drugs, went into his bedroom at about 11:00 p.m., after smoking some marijuana, to rest and avoid any possible conflict. At approximately 2:00 a.m., Rosales Heredia woke up when he heard Pasillas Jaramillo and Rangel Montes arguing. Rosales Heredia left his bedroom and saw Rangel Montes shoving Pasillas Jaramillo towards the apartment entrance door.

COMPLAINT                                3

1  Rosales Heredia asked what was happening, and Rangel Montes told him not to get involved and to go
2  back to his room and close the door. Rosales Heredia went back into his room and heard a neighbor
3  shout, "Stop arguing. If you can't handle that shit, stop taking drugs." Approximately 30 minutes later,
4  the police arrived and told Rosales Heredia that Rangel Montes had died and asked him to accompany
5  them to provide a deposition, which he did. Rosales Heredia also provided investigators with a physical
6  description and two photos of "George" or "El Guero," later confirmed to be Pasillas Jaramillo by the
7  victim's mother.

8          e)  Investigators also interviewed Rangel Montes' next-door neighbor, Omar Javier
9  Franco Pérez ("Franco Pérez"), about the incident. Franco Pérez stated that Rangel Montes was a drug
10 addict and was visited daily by his childhood friend whose nickname was "El George" or "El Guero."
11 Franco Pérez told investigators that, on May 6, 2012, he saw Rosales Heredia and the individual he
12 knew as "El George" inside Rangel Montes' apartment. Franco Pérez left to see his girlfriend and
13 returned at 10:00 p.m., when he saw Rangel Montes and El George in the hallway of the apartments.
14 Franco Pérez observed that they were under the influence of drugs, with an aggressive attitude, so he
15 immediately entered his own apartment. At 1:30 a.m., Franco Pérez heard a loud argument and
16 identified the voices as belonging to El George/El Guero and Rangel Montes shouting: "Leave me
17 alone. That's enough." He told authorities he heard them struggling and punching each other. Police
18 arrived at 3:00 a.m. and informed Franco Pérez that Rangel Montes was dead and that they were
19 searching for George, a.k.a. "El Guero." Franco Pérez told them that he heard the men punching each
20 other but that he was unaware of George's whereabouts.

21         f)  Rangel Montes' death certificate and accompanying autopsy from May 7, 2012,
22 show that his cause of death was secondary hypovolemic shock due to penetrating wounds to the neck,
23 thorax, and abdomen, caused by a sharp, pointy object. According to a field criminalistics report, the
24 victim suffered a total of seven (7) stab wounds, including two (2) on his back and two defensive stab
25 wounds to his hand and arm. The report also states that Rangel Montes died on the sidewalk in front of
26 his mother's house at 1314 Tule Street, and that he was mortally wounded at his own apartment on 1325
27 Tule Street, where police recovered a sharp, pointy knife-like weapon with a stainless-steel blade
28 approximately 11 centimeters long, bent, and stained in blood. Experts concluded, based on blood

COMPLAINT                                                    4

samples from the knife, 1314 Tule Street, and 1325 Tule Street, that this was the murder weapon used to kill Rangel Montes.

8. The U.S. Marshals Service has confirmed that Pasillas Jaramillo may be found within the jurisdiction of this Court as an inmate at the Mule Creek State Prison at 4001 Highway 104, Ione, CA 95640.

9. Tom Heinemann, an attorney in the Office of the Legal Adviser of the U.S. Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the Treaty, stating that the offense for which extradition is demanded is provided for by the Treaty, and confirming that the documents supporting the request for extradition are properly certified by the principal U.S. diplomatic or consular officer in Mexico, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence.

10. The declaration from the U.S. Department of State with its attachments, including copies of the diplomatic notes from Mexico and the Treaty, and the certified documents Mexico submitted in support of the request (attached hereto as **Exhibit 1**) are incorporated herein by reference.

WHEREFORE, the undersigned requests that a warrant for Pasillas Jaramillo's arrest issue in accordance with 18 U.S.C. § 3184 and the Treaty, so that Pasillas Jaramillo may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered.

Dated: January 2, 2025

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

COMPLAINT                           5

Sworn to before me and subscribed in my presence this 3 day of Jan., 2025, at Sacramento, California.

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

FID 1935138

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Extradition of JORGE ANTONIO PASILLAS JARAMILLO | Case No. 2:25-mj-0002 CSK |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JORGE ANTONIO PASILLAS JARAMILLO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Mexico--which has sought his extradition for the offense of Aggravated Homicide, in violation of Articles 123, 126, and 148, section II, of the Criminal Code of the State of Baja California--pursuant to the extradition treaty between the United States and Mexico and Title 18 U.S.C. Section 3184.

Date: Jan. 3, 2025

*Issuing officer's signature*

City and state: Sacramento, California

Chi Soo Kim, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*