| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | CHRISTINA LIU (CABN 308362)<br>Assistant United States Attorney |
| 5 | |
| 6 | 60 South Market Street, Suite 1200<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5051<br>FAX: (408) 535-5081<br>christina.liu@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25-mj-71332 MAG |
| Plaintiff, | ) | NOTICE OF DISMISSAL; ORDER |
| v. | ) | |
| JORGE ANTONIO PASILLAS JARAMILLO, | ) | |
| Defendant. | ) | |

    With leave of the Court, and in light of the extradition complaint filed in this district on or about November 17, 2025, *see United States v. Pasillas Jaramillo*, 3:25-mj-71361 MAG, Dkt. 1 (Complaint), the U.S. Attorney's Office for the Northern District of California hereby requests to dismiss its November 7, 2025 Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure for Jorge Antonio Pasillas Jaramillo, which was filed

//
//
//
//

in the instant matter as Dkt. 1 (Rule 5 Notice).

                                                Respectfully Submitted,

                                                CRAIG H. MISSAKIAN
                                                UNITED STATES ATTORNEY

Date: November 19, 2025                    */s/ Christina Liu*
                                                Christina Liu
                                                Assistant United States Attorney

      Based upon the representations made to the Court and for good cause shown, leave is HEREBY GRANTED to the government to dismiss the November 7, 2025 Rule 5 Notice of Proceedings on Out-of-District Criminal Charges for Jorge Antonio Pasillas Jaramillo.

Date:  November 19, 2025                         *[signature]*
                                                THE HON. SUSAN VAN KEULEN
                                                United States Magistrate Judge